SANKA CLASSICS, INC., Appellant, *v.* ATLANTIC TERRA COTTA COMPANY, Respondent.

Argued October 20, 1948; decided November 24, 1948.

*Louis G. Bernstein, Charles E. Scribner* and *Frank R. Bruce* for appellant.

*Stephen P. Duggan, Jr.,* and *Irving Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.